and JUSTICE BREYER would grant the application for stay of execution.

MARCH 16, 2000

No. 99A750. HUNT, GOVERNOR OF NORTH CAROLINA, ET AL. *v.* CROMARTIE ET AL.; and

No. 99A757. SMALLWOOD ET AL. *v.* CROMARTIE ET AL. Applications for stay of judgment of the United States District Court for the Eastern District of North Carolina, case No. 4:96–CV–104–BO(3), entered March 8, 2000, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending the timely docketing of the appeals in this Court. Should the jurisdictional statements be timely filed, this order shall remain in effect pending this Court's action on the appeals. If the appeals are dismissed or the judgment affirmed, this order shall terminate automatically. In the event jurisdiction is noted or postponed, this order will remain in effect pending the sending down of the judgment of this Court.

MARCH 20, 2000

No. 99–7818. FORD *v.* CALIFORNIA. Sup. Ct. Cal. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 99–8071. KOWALSKI *v.* OREGON STATE BAR. Sup. Ct. Ore. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2127. IN RE DISBARMENT OF THOMAS. Disbarment entered. [For earlier order herein, see 528 U. S. 1043.]

No. D–2129. IN RE DISBARMENT OF HORN. Disbarment entered. [For earlier order herein, see 528 U. S. 1071.]

No. D–2131. IN RE DISBARMENT OF ZEEGERS. Disbarment entered. [For earlier order herein, see 528 U. S. 1071.]

No. D–2132. IN RE DISBARMENT OF GRINDLE. Disbarment entered. [For earlier order herein, see 528 U. S. 1071.]